Philip Carpenter against Ellen E. Hawes. Phail & Bird, for appellant. H. Eckhard, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**CARY v. CARY.** (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Edward M. Cary against Elsie H. Cary. No opinion. Motion to dismiss appeal granted. Order filed.

**CASSADY,** Respondent, v. **PENNSYL-VANIA R. CO.,** Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Albert Cassady against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

**CAVERLY v. INSURANCE FIELD CO.** (Supreme Court, Appellate Division, First Department. June 24, 1910.) Appeal from Special Term; New York County. Action by Robert B. Caverly against the Insurance Field Company. From an order denying a motion to vacate an attachment, defendant appeals. Reversed, and motion granted. C. Goldzier, for appellant. L. H. Newkirk, for respondent.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements, and the motion to vacate the attachment granted, with $10 costs, upon the ground that there was no competent evidence of publication of the libel complained of by the defendant.

**C. B. COTTRELL & SONS CO.,** Respondent, v. **GOSS PRINTING PRESS CO.,** Appellant, et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by the C. B. Cottrell & Sons Company against the Goss Printing Press Company, impleaded with others. G. B. Covington, for appellant. P. Armitage, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**C. B. COTTRELL & SONS CO. v. GOSS PRINTING PRESS CO.** (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by C. B. Cottrell & Sons Company against the Goss Printing Press Company. No opinion. Motion denied. Order filed.

In re **CHAPMAN.** (Supreme Court, Appellate Division, Second Department. May 9, 1910.) In the matter of the appraisal under the transfer tax acts of the property of Maria B. Chapman, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements, on the authority of Matter of Chapman, 133 App. Div. 337, 117 N. Y. Supp. 679.

**CHAPMAN,** Respondent, v. **COURTNEY,** Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by William Chapman, Jr., against Bernard Courtney. F. V. Johnson, for appellant. R. R. Billington, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**CHAPMAN** et al. v. **L. E. WATERMAN CO.** (Supreme Court, Appellate Division, First Department. May 20, 1910.) Appeal from Special Term, New York County. Action by Isaac E. Chapman and another against the L. E. Waterman Company. From a judgment for defendant, and an order denying a motion for a new trial, plaintiffs appeal. Affirmed. Alexander S. Bacon, for appellants. Samuel S. Watson, for respondent.

PER CURIAM. Without passing upon the right of the plaintiff to a permanent injunction, we think, upon the record as it stands, that the court was justified in refusing to grant a temporary injunction, leaving it to the court upon the trial to give such judgment as the evidence would justify. Order affirmed, with $10 costs and disbursements.

**CHASE,** Respondent, v. **WISE,** Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by William J. Chase against James B. Wise. No opinion. Judgment and order affirmed, with costs.

**CHIPCHASE,** Respondent, v. **INTERNATIONAL RY. CO.,** Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by Florence M. Chipchase against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

**CHITTENDEN,** Respondent, v. **CHITTENDEN,** Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Edward D. Chittenden against Ellenor Chittenden. No opinion. Interlocutory judgment (64 Misc. Rep. 649, 118 N. Y. Supp. 1005) affirmed, without costs, with leave to defendant to plead over within 20 days.

**CITIZENS' PERMANENT SAVINGS & LOAN ASS'N,** Appellant, v. **RAMPE** et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by the Citizens' Permanent Savings & Loan Association against William F. Rampe and others. No opinion. Judgment (116 N. Y. Supp. 597) affirmed, with costs.

**CITY EQUITY CO.,** Respondent, v. **BODINE,** Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by the City Equity Company against William H. J. Bodine. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 977, 119 N. Y. Supp. 1117.

In re **CITY OF BUFFALO.** Appeal of **ADAMS.** (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) In the matter of the application of the City of Buffalo to acquire lands in fee simple for the purpose of opening and extending Morgan street, etc.; Mary E. Adams, landowner, appealing. No opinion. Order affirmed, with $10 costs and disbursements.